■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY CONTI, Appellant.— Judgment of the Supreme Court, Queens County, rendered August 8, 1973, affirmed. No opinion. The case is remitted to the Supreme Court, Queens County, for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Hopkins, Acting P. J., Latham, Shapiro, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. BENNIE CUMMINGS, Also Known as BENNIE JENKINS, Appellant.— Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Queens County, imposed November 16, 1972 upon a conviction of attempted criminal possession of a dangerous drug in the fourth degree, upon a guilty plea. The sentence was an indeterminate prison term of not more than four years. Sentence reversed, on the law, and case remanded to the Criminal Term for resentence in accordance with the views herein set forth. CPL 380.50 requires that the court not only make a statement at the time of sentence, but that the court ask the defendant whether he wishes to make a statement. This must be done (*People* v. *Gilliam*, 40 A D 2d 1036; *People* v. *Brown*, 41 A D 2d 850). The statutory requirement is not satisfied by asking the defendant whether he has any legal reason why sentence should not be pronounced. Hopkins, Acting P. J., Cohalan, Christ, Benjamin and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD IANNELLI, Also Known as RICK, Appellant.— Judgment of the County Court, Westchester County, rendered February 28, 1973, affirmed. No opinion. The case is remitted to the County Court, Westchester County, for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Shapiro, Acting P. J., Cohalan, Brennan, Benjamin and Munder, JJ., concur.